THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CABLE NEWS NETWORK, INC. and ABILIO JAMES ACOSTA,<br><br>    Plaintiffs,<br><br>  v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; JOHN F. KELLY, in his official capacity as Chief of Staff to the President of the United States; WILLIAM SHINE, in his official capacity as Deputy Chief of Staff to the President of the United States; SARAH HUCKABEE SANDERS, in her official capacity as Press Secretary to the President of the United States; the UNITED STATES SECRET SERVICE; RANDOLPH ALLES, in his official capacity as Director of the United States Secret Service; and JOHN DOE, Secret Service Agent, in his official capacity,<br><br>    Defendants. | Case No. |

**CERTIFICATE OF NOTICE PURSUANT TO LOCAL RULE 65.1(a)**

I, Theodore J. Boutrous, Jr., counsel for Plaintiffs Cable News Network, Inc. and Abilio James Acosta, hereby certify that counsel for the Plaintiffs made the following efforts to give notice of the time of making the application for a temporary restraining order, and copies of all pleadings and papers filed in this action:

(a) emailed Daniel Van Horn, Chief of the Civil Division of the U.S. Attorney's Office for the District of Columbia, at the email address Daniel.vanhorn@usdog.gov, and provided the pleadings and papers filed in the action to date or to be presented to the Court at the hearing;

(b) emailed Emmet Flood, White House Counsel, at etf3sc@who.eop.gov and provided the pleadings and papers filed in the action to date or to be presented to the Court at the hearing; and

(c) emailed Donna Cahill, Chief Counsel for the United States Secret Service, at ogc@hq.dhs.gov and provided the pleadings and papers filed in this action to date or to be presented to the Court at the hearing.

Dated: November 13, 2018

Respectfully submitted,

_/s/ Theodore J. Boutrous, Jr._

Theodore J. Boutrous, Jr., (D.C. Bar No. 420440)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Ave.,
Los Angeles, California 90071
Tel: (213) 229-7804
tboutrous@gibsondunn.com

Theodore B. Olson (D.C. Bar No. 367456)
Joshua S. Lipshutz (D.C. Bar No. 1033391)
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel: (202) 955-8688
tolson@gibsondunn.com
jlipshutz@gibsondunn.com

Anne Champion (*pro hac vice forthcoming*)
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, New York 10166-0193
Tel: (212) 351-5361
achampion@gibsondunn.com

*Counsel for Plaintiffs Cable News Network, Inc., and Abilio James Acosta*