# Exhibit 3

| **LOG IN**



# Donald Trump's News Session Starts War With and Within Media



President-elect Donald J. Trump had sharp words for a CNN reporter: "Your organization's terrible. … You are fake news." Jan. 11, 2017   ·   Sam Hodgson for The New York Times

By **Michael M. Grynbaum**

Jan. 11, 2017

He deemed BuzzFeed News "a failing pile of garbage," mocked an inquiry about his tax returns — "Gee, I've never heard that one before" — and, in an unheard-of moment for a presidential news conference, shouted down questions from a

CNN reporter, declaring, with some menace, "Not you."

"Your organization is terrible," said President-elect Donald J. Trump, his voice rising as Jim Acosta of CNN tried to interject. "No, I'm not going to give you a question. I'm not going to give you a question."

"You," the president-elect said, as Mr. Acosta and other stunned journalists looked on, "are fake news."

Any hope that Mr. Trump would temper his attacks on the news media after the campaign seemed to dissipate in the marble atrium of Trump Tower on Wednesday, as the president-elect, holding his first news conference since July, turned a controversy over his ties to Russia into a deft and unrelenting attack on the journalists who reported it.

It was a spectacle that attracted nearly 300 reporters to Midtown Manhattan — the news conference was carried live in Australia, England and Germany — and it came against an extraordinary backdrop: reports that intelligence officials had briefed Mr. Trump on a document alleging collusion between the Russian government and his campaign.

CNN broke the news on Tuesday but declined to publish specific allegations, saying its reporters could not verify them. [BuzzFeed News published](#) the unverified claims in full, a move that prompted an ethical debate in journalistic circles — and offered Mr. Trump an opening.

"The fact that BuzzFeed and CNN made the decision to run with this unsubstantiated claim is a sad and pathetic attempt to get clicks," the incoming White House press secretary, Sean Spicer, said, inaccurately lumping the two news organizations together.

But the result was classic Trump: Not only did he break the norms of presidential engagement with the news media, snubbing organizations because of an unflattering story, but he also had elements of a frustrated political press corps warring with one another.

Immediately after the news conference, CNN defended its reporting and drew a

sharp distinction between its news story and "BuzzFeed's decision to publish unsubstantiated memos." On a broadcast, the CNN anchor Jake Tapper said that BuzzFeed's move "hurts us all."

"It's irresponsible to put uncorroborated information on the internet," Mr. Tapper said. "I can understand why President-elect Trump would be upset about that; I would be upset about it. too."

Later, Chuck Todd, the NBC News moderator, repeatedly pressed BuzzFeed's editor in chief, Ben Smith, on why unverified claims did not amount to "fake news."



President-elect Donald J. Trump on Wednesday in New York held a news conference for the first time in six months. Jan. 11, 2017 · Damon Winter/The New York Times

Mr. Smith, for his part, said he was "not going to participate in an attempt to divide the media against each other." (In a memo on Wednesday, BuzzFeed's chief executive, Jonah H. Peretti, defended the move. "We are going to keep doing what we do best, which is deliver impactful journalism," he wrote.)

Still, by the time the news conference finished — with Omarosa Manigault, the "Apprentice" star and future member of the White House staff, heckling Mr.

Acosta, shouting, "Cut it out!" — Mr. Trump had bobbed and weaved his way through nearly an hour of interrogation, offering vague answers to critical questions about his administration.

Yet the conduct of the news media, a familiar foil from Mr. Trump's campaign days, remained at the center of the day's story.

The treatment of Mr. Acosta raised alarms among news media advocates and his fellow journalists, particularly after Mr. Acosta described a threat by Mr. Spicer to eject him from the news conference when he persisted in trying to ask the president-elect a question.

Harsh words between reporters and press secretaries happen. But an anchor for a rival network, Shepard Smith of Fox News, later came to Mr. Acosta's defense, saying that no "journalists should be subjected to belittling and delegitimizing by the president-elect of the United States."

The National Press Club also lamented Mr. Trump's behavior, saying in a statement: "Presidents shouldn't get to pick and choose which reporters' questions they will answer based on what news outlet for which they work."

Mr. Trump, who ultimately took one question from a CNN reporter, also called on journalists from two right-leaning organizations: BreitbartNews and One America News. Matthew Boyle, the Breitbart reporter, asked the president-elect for his ideas on how to reform the news media.

Mostly, however, Mr. Trump took questions from journalists at the major television networks, with John Roberts of Fox News going first. A Greek chorus of sorts — mostly Trump supporters and aides, including Ms. Manigault — watched from the side, applauding Mr. Trump and jeering questions from reporters they deemed unpleasant.

A man who prides himself on finding an opponent's weakness, Mr. Trump at one point zeroed in on an existential question that has lingered in many newsrooms since his surprise victory: How much does the traditional news media still matter in a polarized age?

When Hallie Jackson, an NBC News correspondent, asked the president-elect if he would finally release his tax returns, to verify his claim that he has no financial dealings in Russia, Mr. Trump scoffed.

"You know, the only one that cares about my tax returns are the reporters, O.K.?" the president-elect said. "They're the only ones who ask."

"You don't think the American public is concerned about it?" Ms. Jackson asked.

"I don't think so," Mr. Trump replied, before laying down the political equivalent of a mike-drop: "I won."

Sydney Ember contributed reporting

A version of this article appears in print on , on Page A19 of the New York edition with the headline: Trump Attacks News Media, Which Then Battle Among Themselves. Order Reprints | Today's Paper | Subscribe

**Related Coverage**

Jan. 11, 2017     Donald Trump Concedes Russia's Interference in Election