# Exhibit 4



**Donald J. Trump** ✓
@realDonaldTrump

Follow

Congratulations to @FoxNews for being number one in inauguration ratings. They were many times higher than FAKE NEWS @CNN - public is smart!

9:16 PM - 24 Jan 2017