# Exhibit 5



Donald J. Trump ✔
@realDonaldTrump

Follow

The fake news media is going crazy with their conspiracy theories and blind hatred. @MSNBC & @CNN are unwatchable. @foxandfriends is great!

6:40 AM - 15 Feb 2017