# Exhibit 6



Donald J. Trump
@realDonaldTrump

Follow

The FAKE NEWS media (failing @nytimes, @NBCNews, @ABC, @CBS, @CNN) is not my enemy, it is the enemy of the American People!

4:48 PM - 17 Feb 2017



50,113 Retweets  152,998 Likes

💬 76K   🔁 50K   ♡ 153K