# Exhibit 7



9:21 AM - 2 Jul 2017