# Exhibit 8





While in the Philippines I was forced to watch @CNN, which I have not done in months, and again realized how bad, and FAKE, it is. Loser!

5:45 AM - 15 Nov 2017

29,316 Retweets  126,422 Likes

37K   29K   126K