# Exhibit 9



**Donald J. Trump**
@realDonaldTrump

Great, and we should boycott Fake News CNN. Dealing with them is a total waste of time!



Sarah Sanders @PressSec
Christmas comes early! Finally, good news from @CNN. twitter.com/politico/statu…

6:49 AM - 29 Nov 2017

15,136 Retweets   63,717 Likes