# Exhibit 17



**Donald J. Trump** ✓
@realDonaldTrump

Follow

# Real @FoxNews is doing great, Fake News CNN is dead!

> **Robby Starbuck** ✓ @robbystarbuck
> Fox News has been #1 for 197 months straight. In the latest ratings disaster for CNN they lost another 25% of their viewers. Fox has 10 of the top 15 shows and even hold the #1 spot in the younger key demo. The public is loudly rejecting @CNN.
> forbes.com/sites/markjoye...

12:46 PM - 2 Jun 2018