# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CABLE NEWS NETWORK, INC. and ABILIO JAMES ACOSTA,<br><br>    Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; JOHN F. KELLY, in his official capacity as Chief of Staff to the President of the United States; WILLIAM SHINE, in his official capacity as Deputy Chief of Staff to the President of the United States; SARAH HUCKABEE SANDERS, in her official capacity as Press Secretary to the President of the United States; the UNITED STATES SECRET SERVICE; RANDOLPH ALLES, in his official capacity as Director of the United States Secret Service; and JOHN DOE, Secret Service Agent, in his official capacity,<br><br>    Defendants. | Case No. |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for a Preliminary Injunction and the Memorandum of Law, declarations, and materials filed in support thereof, it is hereby

**ORDERED** that Plaintiffs' Motion for a Preliminary Injunction is GRANTED. Defendants shall immediately rescind the revocation of Plaintiff Acosta's White House press credentials and restore them to him.

**SO ORDERED** this ___ day of _____ 2018.

_____
United States District Judge