**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CABLE NEWS NETWORK, INC. and ABILIO JAMES ACOSTA, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States; JOHN F. KELLY, in his official capacity as Chief of Staff to the President of the United States; WILLIAM SHINE, in his official capacity as Deputy Chief of Staff to the President of the United States; SARAH HUCKABEE SANDERS, in her official capacity as Press Secretary to the President of the United States; the UNITED STATES SECRET SERVICE; RANDOLPH ALLES, in his official capacity as Director of the United States Secret Service; and JOHN DOE, Secret Service Agent, in his official capacity, <br><br> Defendants. | Case No. 1:18-cv-02610-TJK |

**[PROPOSED] ORDER**

Upon consideration of the Motion for Leave to File Brief of the Reporters Committee for Freedom of the Press as Amicus Curiae Supporting Plaintiffs' Motions for a Temporary Restraining Order and Preliminary Injunction, it is hereby

ORDERED that the Motion is granted, and further

ORDERED that the proposed Brief of the Reporters Committee for Freedom of the Press as Amicus Curiae Supporting Plaintiffs' Memorandum in Support of Motions for a Temporary Restraining Order and Preliminary Injunction may be filed in the above-captioned action.

Dated: _____        _____
                                                                                United States District Judge