THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CABLE NEWS NETWORK, INC. and ABILIO JAMES ACOSTA,<br><br>      Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; JOHN F. KELLY, in his official capacity as Chief of Staff to the President of the United States; WILLIAM SHINE, in his official capacity as Deputy Chief of Staff to the President of the United States; SARAH HUCKABEE SANDERS, in her official capacity as Press Secretary to the President of the United States; the UNITED STATES SECRET SERVICE; RANDOLPH ALLES, in his official capacity as Director of the United States Secret Service; and JOHN DOE, Secret Service Agent, in his official capacity,<br><br>      Defendants. | Case No. |

**CERTIFICATE REQUIRED BY FRCP 7.1 AND LCvR 26.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

      I, the undersigned, counsel of record for Plaintiff Cable News Network, Inc. ("CNN, Inc."), pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 26.1, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of CNN, Inc. which have any outstanding securities in the hands of the public.

      AT&T Inc.

To the best of CNN, Inc.'s knowledge, no publicly held company owns ten percent or more of AT&T Inc.'s stock.

      These representations are made in order that judges of this Court may determine the need for recusal.

Dated:      November 13, 2018
                Washington, D.C.

                                            Respectfully submitted,

                                            /s/ Theodore J. Boutrous, Jr.
                                            Theodore J. Boutrous, Jr., (D.C. Bar No. 420440)
                                            **GIBSON, DUNN & CRUTCHER LLP**
                                            333 South Grand Ave.,
                                            Los Angeles, California 90071
                                            Tel: (213) 229-7804
                                            tboutrous@gibsondunn.com

                                            Theodore B. Olson (D.C. Bar No. 367456)
                                            Joshua S. Lipshutz (D.C. Bar No. 1033391)
                                            **GIBSON, DUNN & CRUTCHER LLP**
                                            1050 Connecticut Avenue, N.W.
                                            Washington, D.C. 20036
                                            Tel: (202) 955-8688
                                            tolson@gibsondunn.com
                                            jlipshutz@gibsondunn.com

                                            Anne Champion (*pro hac vice forthcoming*)
                                            **GIBSON, DUNN & CRUTCHER LLP**
                                            200 Park Avenue
                                            New York, New York 10166-0193
                                            Tel: (212) 351-5361
                                            achampion@gibsondunn.com

                                            *Counsel for Plaintiffs Cable News Network, Inc., and Abilio James Acosta*