THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CABLE NEWS NETWORK, INC. and ABILIO JAMES ACOSTA,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; JOHN F. KELLY, in his official capacity as Chief of Staff to the President of the United States; WILLIAM SHINE, in his official capacity as Deputy Chief of Staff to the President of the United States; SARAH HUCKABEE SANDERS, in her official capacity as Press Secretary to the President of the United States; the UNITED STATES SECRET SERVICE; RANDOLPH ALLES, in his official capacity as Director of the United States Secret Service; and JOHN DOE, Secret Service Agent, in his official capacity,<br><br>Defendants. | Case No.  18-cv-2610 |

**MOTION FOR ADMISSION *PRO HAC VICE***

Theodore J. Boutrous, Jr. of Gibson, Dunn & Crutcher LLP (the "Movant") hereby moves this Court, pursuant to Local Rule 83.2(d), for entry of an order permitting Anne M. Champion to appear *pro hac vice* before this Court in the above-captioned matter as an additional counsel of record for Plaintiffs Cable News Network, Inc. and Abilio James Acosta.  In support of this motion, the Movant attaches the Declaration of Anne M. Champion as Exhibit A .

Undersigned counsel respectfully requests that the Court grant this motion and enter an Order for admission of Ms. Champion *pro hac vice* in the above-captioned case. A proposed order is attached.

Respectfully submitted,

Dated: November 13, 2018
Washington, D.C.

                                        */s/ Theodore J. Boutrous, Jr.*
                                        Theodore J. Boutrous, Jr., (D.C. Bar No. 420440)
                                        tboutrous@gibsondunn.com
                                        **GIBSON, DUNN & CRUTCHER LLP**
                                        333 South Grand Ave.,
                                        Los Angeles, California 90071
                                        Tel: (213) 229-7804

                                        *Attorney for Plaintiffs Cable News Network, Inc., and Abilio James Acosta*

# Exhibit A

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CABLE NEWS NETWORK, INC. and ABILIO JAMES ACOSTA,<br><br>        Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; JOHN F. KELLY, in his official capacity as Chief of Staff to the President of the United States; WILLIAM SHINE, in his official capacity as Deputy Chief of Staff to the President of the United States; SARAH HUCKABEE SANDERS, in her official capacity as Press Secretary to the President of the United States; the UNITED STATES SECRET SERVICE; RANDOLPH ALLES, in his official capacity as Director of the United States Secret Service; and JOHN DOE, Secret Service Agent, in his official capacity,<br><br>        Defendants. | Case No. 18-cv-2610 |

**DECLARATION IN SUPPORT OF MOTION FOR ADMISSION
*PRO HAC VICE* OF ANNE M. CHAMPION**

I, Anne M. Champion, declare and state as follows:

    1.    My full name is Anne Marie Champion.

    2.    I am an attorney at the law firm Gibson, Dunn & Crutcher LLP. My office is located at 200 Park Avenue, New York, New York 10166. My office telephone number is 212.351.5361.

    3.    I am a member in good standing of the Bar of the State of New York.

4. I have not been disciplined by any bar, and there are no disciplinary proceedings pending against me in any jurisdiction.

5. In the past two years, I have not been admitted *pro hac vice* to practice before this Court.

6. I do not engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 13, 2018 in Washington, D.C.

Anne M. Champion

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CABLE NEWS NETWORK, INC. and ABILIO JAMES ACOSTA,<br><br>        Plaintiffs,<br><br>   v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; JOHN F. KELLY, in his official capacity as Chief of Staff to the President of the United States; WILLIAM SHINE, in his official capacity as Deputy Chief of Staff to the President of the United States; SARAH HUCKABEE SANDERS, in her official capacity as Press Secretary to the President of the United States; the UNITED STATES SECRET SERVICE; RANDOLPH ALLES, in his official capacity as Director of the United States Secret Service; and JOHN DOE, Secret Service Agent, in his official capacity,<br><br>        Defendants. | Case No. 18-cv-2610 |

**[PROPOSED] ORDER**

Upon consideration of the Motion for Admission *pro hac vice* of Anne M. Champion, it is, on this _____ day of _____ 2018, hereby ORDERED that the Motion for Admission *pro hac vice* is GRANTED, and that Anne M. Champion be, and that the same hereby is, admitted *pro hac vice* to appear and participate fully in the above captioned case.

IT IS SO ORDERED.

Dated: _____

                                                                                                  United States District Judge