**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CABLE NEWS NETWORK, INC. and ABILIO JAMES ACOSTA, <br><br>                         Plaintiffs, <br><br>     v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States; JOHN F. KELLY, in his official capacity as Chief of Staff to the President of the United States; WILLIAM SHINE, in his official capacity as Deputy Chief of Staff to the President of the United States; SARAH HUCKABEE SANDERS, in her official capacity as Press Secretary to the President of the United States; the UNITED STATES SECRET SERVICE; RANDOLPH ALLES, in his official capacity as Director of the United States Secret Service; and JOHN DOE, Secret Service Agent, in his official capacity, <br><br>                         Defendants. | **Case No. 1:18-cv-02610-TJK** |

**ERRATA**

Counsel for amicus curiae Reporters Committee for Freedom of the Press respectfully submits this Errata in order to substitute the attached Declaration of Jonathan L. Backer in Support of Motion for Admission *Pro Hac Vice* for the version currently filed at ECF No. 5-1.

Counsel inadvertently attached the wrong document in support of the motion. This Errata corrects that error.

Dated:  November 13, 2018

/s/ *Joshua A. Geltzer*
JOSHUA A. GELTZER (D.C. Bar No. 1018768)
   *Counsel of Record for Amicus Curiae*
JONATHAN L. BACKER[*]
MARY B. MCCORD
INSTITUTE FOR CONSTITUTIONAL ADVOCACY AND PROTECTION
Georgetown University Law Center
600 New Jersey Ave., NW
Washington, DC 20001
Telephone:    202.661.6728
jg1861@georgetown.edu

* *pro hac vice* motion pending

Respectfully submitted,

BRUCE D. BROWN
KATIE TOWNSEND
GABRIEL ROTTMAN
REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS
1156 15th Street Nw, Ste. 1020
Washington, DC 20005
Telephone:    202.795.9300
bbrown@rcfp.org

*Counsel for Amicus Curiae*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2018, I filed this Errata with the United States District Court for the District of Columbia using the CM/ECF system, which will cause it to be served on all counsel of record.

Dated: November 13, 2018                     Respectfully submitted,

    /s/ *Joshua A. Geltzer*
JOSHUA A. GELTZER (D.C. Bar
No. 1018768)
INSTITUTE FOR CONSTITUTIONAL
ADVOCACY AND PROTECTION
Georgetown University Law Center
600 New Jersey Ave., NW
Washington, D.C. 20001
Telephone: 202.661.6728
jg1861@georgetown.edu

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CABLE NEWS NETWORK, INC. and ABILIO JAMES ACOSTA, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States; JOHN F. KELLY, in his official capacity as Chief of Staff to the President of the United States; WILLIAM SHINE, in his official capacity as Deputy Chief of Staff to the President of the United States; SARAH HUCKABEE SANDERS, in her official capacity as Press Secretary to the President of the United States; the UNITED STATES SECRET SERVICE; RANDOLPH ALLES, in his official capacity as Director of the United States Secret Service; and JOHN DOE, Secret Service Agent, in his official capacity, <br><br> Defendants. | **Case No. 1:18-cv-02610-TJK** |

**DECLARATION OF JONATHAN L. BACKER
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Jonathan L. Backer, declare pursuant to 28 U.S.C. § 1746 and Local Civil Rule 83.2(d):

1. I am an Associate with the Institute for Constitutional Advocacy and Protection. I submit this declaration pursuant to Local Civil Rule 83.2(d) in support of the motion for my admission to the bar of this Court *pro hac vice.*

2. My full name is Jonathan Lev Backer.

3. My office is located at 600 New Jersey Ave NW, Washington, D.C. 20001.

4. My office telephone number is (202) 662-9835.

5. I am a member in good standing of the New York Bar and have an application to the District of Columbia Bar pending.

6. I have not been disciplined by any bar.

7. I have not been admitted *pro hac vice* in this Court within the last two years.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated:  November 13, 2018         Respectfully submitted,

/s/ *Jonathan L. Backer*
JONATHAN L. BACKER (*pro hac vice* pending)
NY Bar No. 5478649
INSTITUTE FOR CONSTITUTIONAL
ADVOCACY AND PROTECTION
Georgetown University Law Center
600 New Jersey Ave., NW
Washington, DC 20001
Telephone:     202.662.9835
jb2845@georgetown.edu