**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CABLE NEWS NETWORK, INC. and ABILO JAMES ACOSTA,<br><br>       Plaintiffs,<br><br>   v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; JOHN F. KELLY, in his official capacity as Chief of Staff to the President of the United States; WILLIAM SHINE, in his official capacity as Deputy Chief of Staff to the President of the United States; SARAH HUCKABEE SANDERS, in her official capacity as Press Secretary to the President of the United States; the UNITED STATES SECRET SERVICE; RANDOLPH ALLES, in his official capacity as Director of the United States Secret Service; and JOHN DOE, Secret Service Agent, in his official capacity,<br><br>       Defendants. | Case No.:  1:18-CV-2610 (TJK) |

NOTICE IS HEREBY GIVEN that Joseph E. Borson, Civil Division, United States Department of Justice, enters his appearance in this case on behalf of the government defendants. The undersigned counsel herby certifies pursuant to Local Rule 82.3(j) that he is personally familiar with the Local Rules of this Court.

Dated: November 14, 2018                     Respectfully submitted,

                                            JOSEPH H. HUNT
                                            Assistant Attorney General

                                            ERIC R. WOMACK
                                            Assistant Branch Director

                                            */s/ Joseph E. Borson*
                                            JOSEPH E. BORSON

Virginia Bar No. 85519
Trial Attorney, U. S. Dept. of Justice
Civil Division, Federal Programs Branch
1100 L St., NW
Washington, D.C. 20005
Tel.     (202) 514-1944
Joseph.Borson@usdoj.gov

*Attorneys for Defendants*