# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CABLE NEWS NETWORK, INC. and ABILO JAMES ACOSTA,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; JOHN F. KELLY, in his official capacity as Chief of Staff to the President of the United States; WILLIAM SHINE, in his official capacity as Deputy Chief of Staff to the President of the United States; SARAH HUCKABEE SANDERS, in her official capacity as Press Secretary to the President of the United States; the UNITED STATES SECRET SERVICE; RANDOLPH ALLES, in his official capacity as Director of the United States Secret Service; and JOHN DOE, Secret Service Agent, in his official capacity,<br><br>　　　　Defendants. | Case No.: 1:18-CV-2610 (TJK) |

　　　　NOTICE IS HEREBY GIVEN that Michael H. Baer, Civil Division, United States Department of Justice, enters his appearance in this case on behalf of the government defendants. The undersigned counsel herby certifies pursuant to Local Rule 82.3(j) that he is personally familiar with the Local Rules of this Court.

Dated: November 14, 2018　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　JOSEPH H. HUNT
　　　　　　　　　　　　　　　　　　　　Assistant Attorney General

　　　　　　　　　　　　　　　　　　　　ERIC R. WOMACK
　　　　　　　　　　　　　　　　　　　　Assistant Branch Director

　　　　　　　　　　　　　　　　　　　　*/s/ Michael H. Baer*
　　　　　　　　　　　　　　　　　　　　MICHAEL H. BAER

New York Bar No. 5384300
Trial Attorney, U. S. Dept. of Justice
Civil Division, Federal Programs Branch
1100 L St., NW
Washington, D.C. 20005
Tel.	(202) 305-8573
Michael.H.Baer@usdoj.gov

*Attorneys for Defendants*