**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CABLE NEWS NETWORK, INC. and ABILIO JAMES ACOSTA, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States; JOHN F. KELLY, in his official capacity as Chief of Staff to the President of the United States; WILLIAM SHINE, in his official capacity as Deputy Chief of Staff to the President of the United States; SARAH HUCKABEE SANDERS, in her official capacity as Press Secretary to the President of the United States; the UNITED STATES SECRET SERVICE; RANDOLPH ALLES, in his official capacity as Director of the United States Secret Service; and JOHN DOE, Secret Service Agent, in his official Capacity, <br><br> Defendants | CIVIL ACTION <br><br> NO. 1:18-CV-02610-TJK |

**[PROPOSED] ORDER**

Upon consideration of the Motion for Leave to File Brief of the White House Correspondents' Association as Amicus Curiae Supporting Plaintiffs' Motions for a Temporary Restraining Order and Preliminary Injunction, it is hereby **ORDERED** that the Motion is **GRANTED** and that the proposed Brief may be filed in the above-captioned action.

**BY THE COURT:**

_____
**HONORABLE TIMOTHY J. KELLY**