Government ☐
Plaintiff ☑
Defendant ☐
Joint ☐
Court ☐

CABLE NEWS NETWORK, INC. et al

VS.

DONALD J. TRUMP et al

Civil/Criminal No. 18-CV-2610 (TJK)

MOTION HEARING
11-14-2018

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 55 | Tweet by @realDonaldTrump, May 9, 2018, 4:38 AM | | 11/14/2018 | | |
| 56 | Trump-Pence campaign email, November 14, 2018, 12:47 PM | | 11/14/2018 | | |