## IN THE UNITED STATES DISTRICT COURT
## FOR THE  DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CABLE NEWS NETWORK, INC. and ABILIO JAMES ACOSTA, | : | |
| | : | |
| | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | NO. 1:18-CV-02610-TJK |
| | : | |
| DONALD J. TRUMP, in his official capacity as President of the United States; JOHN F. KELLY, in his official capacity as Chief of Staff to the President of the United States; WILLIAM SHINE, in his official capacity as Deputy Chief of Staff to the President of the United States; SARAH HUCKABEE SANDERS, in her official capacity as Press Secretary to the President of the United States; the UNITED STATES SECRET SERVICE; RANDOLPH ALLES, in his official capacity as Director of the United States Secret Service; and JOHN DOE, Secret Service Agent, in his official Capacity, | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| Defendants | : | |

## MOTION FOR ADMISSION *PRO HAC VICE*

George A. Lehner of Pepper Hamilton LLP (the "Movant") hereby moves this Court, pursuant to Local Rule 83.2(d), for an Order permitting Amy B. Ginensky to appear *pro hac vice* before this Court in the above captioned matter as additional counsel of record for proposed *amicus curiae* White House Correspondents' Association.  In support of this motion, Movant attaches the declaration of Amy B. Ginensky as Exhibit A and a proposed order.

Dated:  November 19, 2018

Respectfully submitted,

/s/ George A. Lehner
George A. Lehner (D.C. Bar. No. 281949)
PEPPER HAMILTON LLP
Hamilton Square
600 Fourteenth Street, N.W.

Washington, D.C.  20005-2004
Phone: 202.220.1416
Fax: 202.220.1665
lehnerg@pepperlaw.com

*Counsel for White House Correspondents'
Association*